UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

LUIS M. MOREL,

                             Plaintiff,                              23-CV-10723 (SN)

         -against-                                                **ORDER**

GABRIELLE RUBACH-MONKOVSKY, et al.,

                              Defendants.

-----------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties were previously ordered to file a letter by March 13, 2024, updating the Court on the status of discovery. ECF No. 14. To date, no such letter has been filed. The parties shall file that letter by March 26, 2024.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 18, 2024
               New York, New York