UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS M. MOREL,

                **Plaintiff,**

      -against-

GABRIELLE RUBACH-MONKOVSKY, et al.,

                **Defendants.**

------------------------------------------------------------X

23-CV-10723 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2024

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have reached a settlement. Accordingly, this case is DISMISSED. If the settlement is not consummated, the parties have the right to reopen this action by May 29, 2024. Any application to reopen filed after May 29, 2024, may be denied as untimely. If the parties do not timely request to reopen the case, the dismissal is with prejudice.

    The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 29, 2024
                New York, New York